UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CODY DIJKSTRA,<br><br>             Plaintiff,<br><br>   v.<br><br>CAMPOS, *et al.*,<br><br>             Defendants. | Case No. 1:21-cv-01223-DAD-HBK<br><br>ORDER RESCINDING FINDINGS AND RECOMMENDATIONS ENTERED SEPTEMBER 15, 2021<br><br>(Doc. No. 10) |

      On September 15, 2021, the Court submitted Findings and Recommendations that Plaintiff's *in forma pauperis* status be denied under 28 U.S.C. § 1915(g) and that this matter be dismissed for Plaintiff's failure to prosecute and/or for Plaintiff's failure to pay the filing fee. (Doc. No. 10). On September 20, 2021, the Clerk received the $402.00 filing fee from Plaintiff. (Receipt No. CAE100049157). This matter accordingly should be permitted to proceed.

      Accordingly, the Findings and Recommendations entered on September 15, 2021 (Doc. No. 10) are rescinded.

Dated:   September 21, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE