UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CODY DIJKSTRA,<br><br>                    Plaintiff,<br><br>         v.<br><br>CAMPOS, MAGDALENO,<br><br>                    Defendants. | Case No.  1:21-cv-01223-ADA-HBK (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION AND DISMISSING THE CASE WITHOUT PREJUDICE UNDER FED. R. CIV. P. 41<br><br>(ECF No. 27) |

Plaintiff Cody Dijkstra ("Plaintiff") was a state prisoner when he initiated this matter by filing a civil rights complaint under 42 U.S.C. § 1983.  (ECF No. 1.)  Plaintiff is proceeding *pro se*.  (*Id*.)  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 4, 2023, the Magistrate Judge filed a Findings and Recommendations, which was served on Plaintiff and contained notice that objections to the Findings and Recommendations were to be filed within fourteen days.  (ECF No. 27.)  The Findings and Recommendations were returned as undeliverable, and Plaintiff has failed to file any objections.  (*See* docket.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

1     Accordingly,

2  1. The Findings and Recommendation, filed on January 4, 2023, is adopted in full; and

3  2. The Clerk of Court shall terminate any pending motions, close this case, and enter judgment against Plaintiff.

IT IS SO ORDERED.

Dated:   February 14, 2023

_____
UNITED STATES DISTRICT JUDGE

2